In the Matter of JENNIFER C. and Another, Infants. JEFFERSON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ROSEMARY P., Appellant. (Appeal No. 2.) [718 NYS2d 926] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the same Memorandum as in *Matter of Peter C.* (278 AD2d 911 [decided herewith]). (Appeal from Order of Jefferson County Family Court, Hunt, J.—Abuse.) Present—Pine, J. P., Hayes, Wisner and Lawton, JJ.